FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES E. MCDONALD,<br><br>                    Plaintiff,<br><br>       v.<br><br>NAVIENT CORP. and WELTMAN WEINBERG and RESIS CO. LPA doing business as Weltman Weinberg and Resis Co.,<br><br>                    Defendants. | No.   4:16-CV-5141-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTIES** |

Before the Court, without oral argument, is the Parties' Stipulated Motion to Substitute Parties, ECF No. 7. The Parties jointly move for dismissal of Defendant Navient Corporation from this case in order to join the real party in interest Navient Solutions, Inc. pursuant to Rule 19(a). Having reviewed the files and records herein, the Court finds good cause to **GRANT** the motion.

//

**IT IS HEREBY ORDERED**:

ORDER **-** 1

1. The Parties' Stipulated Motion to Substitute Parties, **ECF No. 7**, is **GRANTED.**

2. Navient Solutions, Inc. is hereby substituted as a party-defendant in place of Navient Corporation.

3. All claims against Defendant Navient Corporation are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

4. The Clerk's Office is directed to **AMEND** the caption as follows:

CHARLES E. MCDONALD,

                       Plaintiff,

      v.

NAVIENT SOLUTIONS, INC. and WELTMAN WEINBERG AND RESIS CO. LPA doing business as Weltman Weinberg and Resis Co.,

                       Defendants.

//

//

//

1   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order
2   and provide copies to all counsel.
3   **DATED** this 30th day of November 2016.

4

5
                    _____
6                   SALVADOR MENDOZA, JR.
                    United States District Judge
7

ORDER **-** 3