FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES E. MCDONALD,<br><br>                Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS LLC, formerly known as Navient Solutions Inc. and WELTMAN WEINBERG AND RESIS CO. LPA doing business as Weltman Weinberg and Resis Co.,<br><br>                Defendants. | No.   4:16-CV-5141-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 17, 2017, the parties filed a stipulation for dismissal with prejudice, ECF No. 37. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED:**

**1.**   The parties' Stipulation for Dismissal with Prejudice, **ECF No. 37**, is **GRANTED.**

**2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**   All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of July 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2